**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ATTALA STEEL INDUSTRIES, LLC**                                    **PLAINTIFFS**

**v.**                                      **CIVIL ACTION NO.: 4:24-cv-53-SA-JMV**

**THE TRAVELERS INDEMNITY COMPANY
OF AMERICA**                                                            **DEFENDANT**

<u>**ORDER REQUIRING PLAINTIFF TO FILE DISCLOSURE STATEMENT**</u>

This matter is before the court, *sua sponte*, due to Plaintiff's failure to file a Rule 7.1(a)(2) disclosure statement. As is more fully explained below, Plaintiff shall be granted ten (10) days from the date of this Order to file its Rule 7.1(a)(2) disclosure statement.

Plaintiff has not yet filed a Rule 7.1(a)(2) disclosure statement, which was due to have been filed when the action was "removed to federal court," or by no means later than when Plaintiff made its first "appearance, pleading, petition, motion, response, or other request addressed to the Court" on July 29, 2024. Rule 7.1(a)(2) requires that "[i]n an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor." Fed. R. Civ. P. 7(a)(2). "Rule 7.1(a)(2) explicitly contemplates that an LLC will 'name'—not merely 'identify the citizenship of,' and not merely list the initials of—its members." *Manssor v. NRRM, LLC*, 2023 WL 4093413, at *2 (W.D. Tex. June 20, 2023), citing Fed. R. Civ. P. 7.1(a)(2).

At this point, based upon the allegations contained in the record, there is no information from which the Court can ascertain the citizenship of the Plaintiff. Accordingly, Plaintiff is ordered to file, within ten (10) days of the date of this Order, its Rule 7.1(a)(2) disclosure statement.

1

**SO ORDERED** this, the 5th day of August, 2024.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**