IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ATTALA STEEL INDUSTRIES, LLC                                                    PLAINTIFF

V.                                                                      NO. 4:24-CV-53-DMB-JMV

THE TRAVELERS INDEMNITY
COMPANY OF AMERICA                                                              DEFENDANT

## ORDER

The dispositive motions deadline was June 22, 2026.[1]  On June 22, Attala Steel Industries, LLC, filed a motion for summary judgment[2] with twenty-nine exhibits attached.[3]  Two days later on June 24, Attala filed a "Notice of Filing Supplemental Exhibits"[4] to which it attached three additional exhibits in support of its summary judgment motion.[5]  Because Attala's three additional summary judgment exhibits were filed after the dispositive motions deadline and because Attala neither requested nor was granted an extension to file them,[6] Attala's June 24 notice [302] and

---

[1] Doc. #289.  The original August 7, 2025, dispositive motions deadline was extended five times on motion by one or both parties.  Docs. #95, #269, #280, #284, #289.

[2] Doc. #300.

[3] Docs. #300-1 to -29.

[4] Doc. #302.

[5] Docs. #302-1 to -3.

[6] As to why Attala filed the additional summary judgment exhibits on June 24, the notice states:

> Per the Agreed Protective Order [Dkt. 80], [Attala] was required to notify Defendant The Travelers Indemnity Company of America ("Travelers") of its intent to file documents stamped "CONFIDENTIAL" prior to filing such documents with a public pleading. Exhibit K, Exhibit L, and Exhibit EE are stamped "CONFIDENTIAL." Accordingly, [Attala] provided written notice to Travelers and did not attach the three exhibits to its summary judgment motion.

> Travelers has advised that it has no objection to the filing of Exhibit K, Exhibit L, and Exhibit EE on the Court's docket. As such, [Attala] has attached to this Notice of Filing, the [additional exhibits] to be attached to [Attala's] Motion for Summary Judgment[.]

Doc. #302 at PageID 12005.  Regardless of the reason, Attala filed the additional exhibits after the dispositive motions deadline.  Attala does not explain why it could not have notified Travelers of its intent to use documents covered by the protective order in sufficient advance of the dispositive motions deadline.  To avoid any confusion about when a response to a motion is due, and to avoid the Court having to look beyond exhibits filed the same time a motion is

exhibits [302-1] [302-2] [302-3] are **STRICKEN**.

       **SO ORDERED**, this 29th day of June, 2026.

                          **/s/Debra M. Brown**
                          **UNITED STATES DISTRICT JUDGE**

---

filed to determine what documents should be considered in evaluating the motion, the Court expects parties to comply with the Local Rules' requirement that "all supporting exhibits … cited in the motion … must normally be filed under the *same docket entry* … in the court's electronic filing system as exhibits to the motion." L.U. Civ. R. 7(b)(2) (emphasis added). The same is true for exhibits to a response and exhibits to a reply. *Id.*